#### IN THE UNITED STATES COURT OF APPEALS
#### FOR THE THIRD CIRCUIT

UNITED STATES OF AMERICA   :

VS.   :   APPEAL NUMBER 16-4238

WILLIAM DAHL,   :
        Appellant

#### APPELLANT'S MOTION FOR LEAVE
#### TO FILE VOLUME III OF JOINT APPENDIX UNDER SEAL

Appellant William Dahl, by his attorney Brett G. Sweitzer, Assistant Federal Defender, Chief of Appeals, Federal Community Defender Office for the Eastern District of Pennsylvania, respectfully moves, pursuant to Local Appellate Rule 30.3(b), to file the instant motion and Volume III of the joint appendix under seal. In support thereof, it is stated:

1.    Appellant William Dahl was charged by superseding indictment number 14-cr-00382-1 in the Eastern District of Pennsylvania with attempted use of an interstate commerce facility to entice a minor to engage in sexual conduct, in violation of 18 U.S.C. § 2422(b) (Counts 1s, 4s-5s); attempted enticement of a minor to travel in interstate commerce to engage in sexual activity, in violation of 18 U.S.C. § 2422(a) (Count 2s); attempted transfer of obscene material to minors, in

violation of 18 U.S.C. § 1470 (Count 3s); and commission of felony offense involving a minor while registered as a sex offender, in violation of 18 U.S.C. § 2260A (Count 6s).

2. Mr. Dahl pleaded guilty and was sentenced in May 2015 to an aggregate 293 months' imprisonment. He appealed, and this Court vacated the district court's judgment and remanded for resentencing in August 2016. *See United States v. Dahl*, 833 F.3d. 345 (3rd Cir. 2016).

3. On November 30, 2016, the Court resentenced Mr. Dahl to the same 239-month sentence. This timely appeal was filed, and docketed at 16-4238.

4. Mr. Dahl filed his opening brief and Volumes I through III of the joint appendix on April 7, 2017.

5. The district court ordered certain documents relevant to this appeal to be filed under seal in the district court, which order remains in effect. Because Volume III of the joint appendix includes documents sealed by the district court, counsel requests that it be sealed.

6. Local Appellate Rule 30.3(b) provides: "Records sealed in the district court and not unsealed by order of the court must not be included in the paper appendix. Paper copies of sealed documents must be filed in a separate sealed envelope. When filed electronically, sealed documents must be filed as a separate

docket entry as a sealed volume." The scope of this motion to seal is limited. The documents sealed by the district court consist of the defense's resentencing memorandum and exhibits, which are contained in Volume III (App. 157-220). Volume III also contains the Government's resentencing memorandum (App. 138-156), which was not sealed by the district court.

7. Pursuant to Rule 30.3(b) and in order to preserve the confidentiality ordered by the district court, Mr. Dahl moves to file this motion and Volume III of the joint appendix under seal and respectfully requests that the sealing order remain in place indefinitely.

**WHEREFORE**, for all the foregoing reasons, appellant respectfully requests that this Court file the instant motion and Volume III of the joint appendix under seal.

Respectfully submitted,

*/s/ Brett G. Sweitzer*
BRETT G. SWEITZER
Assistant Federal Defender
Chief of Appeals

# CERTIFICATE OF SERVICE

I, Brett G. Sweitzer, Assistant Federal Defender, Chief of Appeals, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that I have electronically filed and served a copy of *Appellant's Motion for Leave to Volume III of Joint Appendix Under Seal* upon Filing User Michelle Rotella, Assistant United States Attorney, through the Third Circuit Court of Appeals' Electronic Case Filing (CM/ECF) system.

>  */s/ Brett G. Sweitzer*
>  BRETT G. SWEITZER

DATE:   April 7, 2017