# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| V. | : | APPEAL NO. 16-4238 |
| WILLIAM S. DAHL,<br>        Appellant | : | |

## MOTION FOR EXTENSION OF TIME TO FILE PETITION
## FOR PANEL REHEARING AND/OR REHEARING *EN BANC*

Appellant William S. Dahl, by his attorney Brett G. Sweitzer, Assistant Federal Defender and Chief of Appeals, Federal Community Defender Office for the Eastern District of Pennsylvania, respectfully requests that the Court extend the time for filing a rehearing petition by thirty (30) days, or until December 9, 2017, and in support represents the following:

    1.    On October 26, 2017, a panel of the Court (Vanaskie, Rendell, and Fuentes, JJ.) issued a not-precedential opinion affirming the judgment of the district court. The time period for filing a petition for panel rehearing and/or rehearing *en banc* presently expires on November 9, 2017.

2. Counsel is in the process of reviewing the opinion and consulting with Mr. Dahl concerning potential further proceedings. That review and consultation cannot be completed before the present deadline for seeking rehearing, owing in part to Mr. Dahl's incarcerated status. If further review is sought, a modest period of time will be required to prepare an appropriate petition.

3. In view of the foregoing, counsel respectfully requests that the Court extend the time for filing a petition for panel rehearing and/or rehearing *en banc* by thirty (30) days, or until December 9, 2017.

**WHEREFORE**, for all the foregoing reasons, appellant respectfully requests that the Court extend the time for filing a petition for panel rehearing and/or rehearing *en banc* by thirty (30) days, or until December 9, 2017.

Respectfully submitted,

/s/ Brett G. Sweitzer
BRETT G. SWEITZER
Assistant Federal Defender
Chief of Appeals

# CERTIFICATE OF SERVICE

I, Brett G. Sweitzer, Assistant Federal Defender, Chief of Appeals, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that I have electronically filed and served a copy of *Appellant's Motion for Extension of Time to File Petition for Panel Rehearing and/or Rehearing En Banc* upon Filing User Michelle Rotella, Assistant United States Attorney and Acting Chief of Appeals, through the Third Circuit Court of Appeals' Electronic Case Filing (CM/ECF) system.

/s/ Brett G. Sweitzer
BRETT G. SWEITZER

DATE:  November 8, 2017